IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC, | ) |
| Plaintiff, | ) CASE NO. 1:18-cv-03433 |
| v. | ) Honorable Sara L. Ellis |
| SCHUMACHER ELECTRIC CORPORATION, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Symbology Innovations LLC moves to dismiss all claims by and between the parties WITH PREJUDICE, with each party bearing its own attorneys' fees and costs.

Dated: August 23, 2018

/s/Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Frank Andreou (6228760)
**Andreou & Casson, Ltd**.
661 West Lake Street
Suite 2 North
Chicago, IL 60661-1034
Telephone: (312) 935-2000
Facsimile: (312) 935-2001
Email: fandreou@andreou-casson.com

Jean G. Vidal  
USDC No. 227811  
**Ferraiuoli LLC**  
221 Plaza, 5th Floor  
221 Ponce de León Avenue  
San Juan, PR 00917  
Telephone: (787) 766-7000  
Facsimile: (787) 766-7001  
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS LLC**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties have complied with the meet and confer requirement and that all parties are in agreement to the relief requested in this unopposed motion.

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24th, 2018, I electrically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola